IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BART ANTHONY REYNA,<br><br>Defendant. | No. 3:26-mj-00388-KFR |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Krista Lang, having been first duly sworn, do hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since 05/13/2018. As a Special Agent for the FBI, I am currently assigned to the Anchorage FBI Violent Crimes squad, where I have primarily focused on child exploitation, kidnapping, and human trafficking investigations. I have been involved in cases involving the investigation and prosecution of defendants for violations of Title 18 of the United States Code. Further, I have conducted and participated in a number of search warrants, arrest warrants, and interviews of people involved in federal crimes.

3. I make this affidavit in support of an application for a criminal complaint and arrest warrant pursuant to Federal Rules of Criminal Procedure 3 and 4. As explained more fully below, I have probable cause to believe that Bart Anthony Reyna (REYNA) has committed

May 22, 2026

the following federal criminal offenses:

> **Count 1**: That on or about May 19, 2026, within the District of Alaska, at or near Anchorage, the defendant, BART ANTHONY REYNA, knowingly used a facility or means of interstate commerce to persuade, induce or entice a minor to engage in sexual activity, as defined in 18 U.S.C. § 2422(b) (attempted coercion and enticement)

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. Because the affidavit is intended to establish probable cause to support a complaint and secure an arrest warrant, I have not included each and every fact known to me concerning this investigation.

## FACTS ESTABLISHING PROBABLE CAUSE

5. In April 2016, the Portland Police Department (PPD) in Portland, Texas notified the U.S. Army that SUBJECT was receiving child pornography. The SUBJECT was serving as an Army Recruiter at the time of the investigation and became aware of the minor victim as a result of recruiting efforts. The SUBJECT began communicating with the 15-year-old minor victim on APPLICATION A,[1] an internet-based chat application known to law enforcement to be utilized by individuals seeking sexually explicit materials portraying minors. SUBJECT then moved the conversation with the minor to Application B[2]. SUBJECT admitted to asking for and receiving

---

[1] The name of Application A and B is known to law enforcement but anonymized in this affidavit to protect operational security. Application A remains active and disclosure of the name of the application would potentially alert its users to the fact that law enforcement action is being taken against users of the application, thereby provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, to protect the confidentiality and integrity of the ongoing investigation involved in this matter, the application will be identified herein as "Application A" and "Application B"

nude images of the minor. PPD conducted a forensic Examination of SUBJECT's cellular phone and discovered one image of CSAM. The image was sent to NCMEC and confirmed to be an image of child pornography. The image was unrelated to the 15-year-old minor victim. The conduct reported by PPD to the U.S. Army resulted in General Officer Memorandum of Reprimand and the SUBJECT was not charged by local, state or federal law enforcement.

6.        On November 21, 2023, Anchorage Police Department received a CyberTipline Report 178671657 from the National Center for Missing and Exploited Children (NCMEC). The CyberTip was submitted to NCMEC by SnapChat. The CyberTip contained one video depicting CSAM that was uploaded via SnapChat account ruthlessapollo; created by email address ████████yahoo.com, and the user's date of birth associated with the account is 3/11/1986. This is the same birth date as SUBJECT. The following videos were uploaded: =ruthlessapollo-None-4de5abcd-ae0f-53af-9edd-25afa1caa0f3~████████-content.mov (uploaded on 11/7/2023 using GCI IP address 24.237.159.223). The video is approximately 27 seconds in length and depicts a pre-pubescent female lying on a bed with no shirt on while an adult male holds his penis near the child's mouth and forces the child lick his penis

### Online Covert Activity

7.        On May 16, 2026, Air Force Office of Special Investigations (AFOSI) began communicating in an undercover capacity with an individual using the moniker **TinyEmber** who was later identified as the SUBJECT, BART ANTHONY REYNA as described in additional detail below.

8.        On May 16, 2026, SUBJECT provided in a private chat his name was Anthony, he

was Hispanic and was formerly airborne infantry on Joint Base Elmendorf (JBER).

9.     On May 18, 2026, information provided in a private chat was queried against open-source databases and resulted in a potential identification of SUBJECT, BART ANTHONY REYNA.

10.    On May 19, 2026, SUBJECT requested the conversation to move from APPLICATION A,[3] to Application B,[4] FBI Anchorage served an administrative subpoena on a social media Application B for information associated with the username Crazy███████.

11.    Application B provided the username Crazy██████ accessed the Application on May 17, 2026, utilizing IP address 209███████ which resolves to GCI.

12.    On May 20, 2026, in response to an administrative subpoena GCI provided the IP address 209.██████ resolves back to ███████████ and lists SUBJECT as a Contact on the account.

13.    On May 19, 2026, FBI Anchorage obtained PFD records for the SUBJECT. According to the 2026 PFD application, on February 2, 2026, SUBJECT provided his

---

[3] The name of Application A is known to law enforcement but anonymized in this affidavit to protect operational security. Application A remains active and disclosure of the name of the application would potentially alert its users to the fact that law enforcement action is being taken against users of the application, thereby provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, to protect the confidentiality and integrity of the ongoing investigation involved in this matter, the application will be identified herein as "Application A".

[4] The name of Application B is known to law enforcement but anonymized in this affidavit to protect operational security. Application A remains active and disclosure of the name of the application would potentially alert its users to the fact that law enforcement action is being taken against users of the application, thereby provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Accordingly, to protect the confidentiality and integrity of the ongoing investigation involved in this matter, the application will be identified herein as "Application B".

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint

May 22, 2026

physical address as ██████████████ Anchorage, AK. REYNA provide the email

██████@yahoo.com

14.     A NCMEC query of the email ████████@yahoo.com resulted in cybertipline report 178671657 from Snapchat in November 2023. The user of the account uploaded one video of child sexual abuse material as described above.

## UNDERCOVER CHATS WITH REYNA

15.     On May 16, 2026, AFOSI acting in an undercover capacity as a 15-year-old female (MINOR), made a post in a public group chat stating "so BORED of JBER…sos save me" on APPLICATION A, an internet-based chat application known to law enforcement to be utilized by individuals seeking sexually explicit materials portraying minors.

16.     **TinyEmber** responded directly to the MINOR in a private chat within Application A, find anything to do?" MINOR disclosed to the subject they were a 15-year-old female living on JBER in Anchorage, Alaska.

17.     Between May 16, 2026, and May 20, 2026, SUBJECT and MINOR discussed multiple topics including meeting each other in-person and the potential for sexual interactions if an in-person meet occurred. Some examples of these chats are detailed below:

Shortly after replying to MINORS public post the SUBJECT tells minor "I just realized youre probably in high school…sorry

May 22, 2026

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint



SUBJECT asks MINOR "How's your morning been?" To which MINOR states "hey!! It's been good. Busy running errands with my mom but now home relaxing!  Hbu?"

SUBJECT asks MINOR why they are on APPLICATION A. MINOR states "just trying to find people to talk w and hangout. My accts on other sites keep getting reported when tell ppl im 15…im always up for whatever lol." SUBJECT replies "We'd probably feel awkward hanging out given our age difference lol…can't say ive hung out with many high schoolers..I have met people on here in the past though. Most were cool"



MINOR asks SUBJECT "well what would ypu wanna do then if we did actually hang?

SUBJECT replies "I dunno, what do you like to do?"

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint
Page 6 of 21

May 22, 2026



SUBJECT replies to MINOR "Hanging out at your house at night is temptin. How do you

know I wont try to make a move?"



SUJBECT continues to chat with MINOR about high school and if she is involved in

ROTC. MINOR replies she is not and SUBJECT then asks the MINOR if she plays

volleyball.

May 22, 2026

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint

Page 7 of 21





MINOR tells subject her name to which SUBJECT replies you can call me Anthony.



On the following day SUBJECT reengages with MINOR on Application A. SUBJECT

calls Minor "hermosa" which he tells her means beautiful.

May 22, 2026

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint



SUBJECT tells MINOR she is a beautiful woman and hot girl.



On March 17, 2026, SUBJECT sends MINOR a photo.



The MINOR again tells the SUBJECT "I cant believe you like me, a lame 15yo."

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint
Page 9 of 21

May 22, 2026



SUBJECT asks MINOR if they have applicaton B.



On May 18, 2026, the conversation between SUBJECT and MINOR then move over to

APPLICATION B. MINOR asks SUBJECT what he doing to which SUBJECT replies

"Laying in bed. You?" The MINOR replies "me too" Then the Subject tells the MINOR

"Don't think about me too much, you wont be able to sleep lol."

May 22, 2026

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint

Page 10 of 21



On May 19, 2026, SUBJECT sends a message to MINOR but then deletes it before MINOR can view the message. The SUBJECT tells MINOR "what I deleted was me saying how in my dream, you wouldnt stop teasing me by grinding on me lol."



<span style="margin-left:auto"></span>May 22, 2026

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint



tbh not a lot😳 im embarrassed.
your like crazy hot

I am not lol you are
Well, for one make out with you is something
id do. That and explore your body with my
hands...
And don't be embarrassed
I won't judge you, you know this

☐ Opened

Me
I knowwwww😊 cause you're the best!!
ofc your bowling😂
but ya wanna explore me huhhh🙈

You want me to lol
And you know what i mean by explore 😄

Me
I just cant imagine a hot older man exploring
me



I just cant imagine a hot older man exploring
me

Except i aint hot, beautiful

RAVEN DELETED A CHAT

Fuck, im coming off creepy. Im sorry
I shouldnt ask you about what youve done

Me
deleting stuff again😊 I see how it is
I wouldn't be talking to you if I thought you
were creepy😂😂

Alright, ill stop deleting lol
I was asking if you and your ex had done what
im thinking about, which by exploring your
body...fingering 😄

Me
oh well yea ive done that😂
😄is that what your thinking abt

Well and eating you out 😄
Thought about it last night and was going



Well and eating you out 😄
Thought about it last night and was going
crazy
You're not a virgin are you? Lol

Me
😂😄no im not a virginnn. but i havent been
eaten out😄

Really??? Why haven't you???
Have you given head??
If you tell me youve given bjs but didnt have
the favor returned, im gonna be pissed 😄😄

Me
lmao well hate to tell you this😄 but ya
idk💜💜💜my ex just didn't lmao

That sucks
But i mean, guessing you were 14 at the time?
Guess thats normal then lol
Now im wondering if you had plans in mind
besides netflix if i go over 😄

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint

May 22, 2026

SUBJECT sends MINOR a photo with his shirt off.



The SUBJECT discusses seeing the MINOR outside of something public.





United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint
Page 13 of 21
Case 3:26-mj-00388-KFR     Document 1-1     Filed 05/22/26     Page 13 of 21

May 22, 2026

SUBJECT continues to engage in sexually explicit chats with MINOR.







MINOR asks SUBJECT if they live close to base.



SUBJECT asks to meet MINOR on Friday May 22, 2026. MINOR tells SUBJECT they will be camping and can't meet with him. SUBJECT then offers to meet MINOR Thursday May 21, 2026.



SUBJECT again tells MINOR how hot she is and compares her to other high school girls he has been around.



On May 19, 2026, SUBJECT sends another photo of himself to MINOR.



The MINOR states she is tired and is going to bed. The SUBJECT asks to see her and the

MINOR replies you can see me on Thursday May 21, 2026. The SUJBECT continues to

engage with the minor about what will occur when they meet.



United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint

May 22, 2026

On May 20, 2026, MINOR asks "what do you wanna do tomorrow??" to which

SUBJECT replies "At this point…you…like fuck me..Please…Lol"





On May 20, 2026, SUBJECT sends an image of himself in his bathtub at his residence.



United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint

May 22, 2026

On May 21, 2026, SUBJECT tells MINOR he is headed to a Jury summons and will contact her when he is out. SUBJECT continues to tell MINOR he is meeting attorneys and it is taking longer than expected. At or around 3:30pm SUBJECT tells MINOR they just got out of the courthouse. At 3:47pm SUBJECT tells MINOR he will meet her in the commons in 5-10 minutes.



At or around 3:52pm FBI surveillance observes SUBJECT in SUBJECT VEHICLE park at The Regal Movie Theater in the Tikahtnu Commons. At or around 3:55pm FBI surveillance observes the SUBJECT move the SUBJECT VEHICLE to a new parking spot by the Boot Barn in Tikahtnu commons. At 4:08pm SUBJECT texts MINOR to ask if they are nearby? MINOR responds to SUBJECT stating they are inside.

May 22, 2026

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint

Page 18 of 21



Shortly after stating MINOR is inside SUBJECT asks the MINOR if they are nervous. MINOR response "yes lmao meet inside??" SUBJECT states "probably not inside."



At this point, the FBI was authorized by the U.S. Attorney's Office to conduct a probable cause arrest of the SUBJECT for violations of 18 U.S.C. § 2422(b) (attempted coercion and enticement).

At approximately 4:20pm Anchorage Police Department contacted the SUBJECT in SUBJECT Vehicle.

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint

May 22, 2026

**ARREST OF SUBJECT**

18.     Anchorage FBI observed SUBJECT sitting in a gray Ford F150 with license plate DBR350 parked in Tikhatnu Commons near the Regal Movie theater, at which point two patrol officers with the Anchorage Police Department made contact with him and removed him from the vehicle and placed him in handcuffs pursuant to probable cause arrest pending review of the submitted complaint and search warrant in this matter.  FBI agents approached and asked SUBJECT where his phone was located.  SUBJECT told the FBI his phone was in the vehicle, where it was subsequently recovered in plain view in a cell phone holder attached to the area near the vehicle's radio and plugged in to a USB charger cable.  The SUBJECT was compliant when contacted by FBI.  He was then moved to a law enforcement vehicle. SUBJECT made statements with words to the effect of how his life was over and he should have learned his lesson the first time and knew he made a mistake and should not be there. The SUBJECT was advised of his rights. The SUBJECT declined to be interviewed following his advisal of rights.  SUBJECT consented to SUBJECT VEHCILE being moved to ANCHORAGE FBI.


**SUMMARY OF PROBABLE CAUSE**

19.     Based upon the information above, your affiant submits that there is probable cause to believe that the SUBJECT, BART ANTHONY REYNA violated 18 U.S.C. § 2422(b) (attempted enticement and coercion)

May 22, 2026

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint

Page 20 of 21

# CONCLUSION

20.     For the reasons described above, based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Bart Anthony Reyna has committed the offenses described in the attached complaint. Accordingly, I ask the Court to issue the complaint and a warrant for Bart Anthony Reyna's arrest in accordance with Federal Rule of Criminal Procedure 4(a).

   RESPECTFULLY SUBMITTED,

_____

Krista Lang
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 on

_____.

_____
THE HON. K. F. REARDON
U.S. Magistrate Judge
DISTRICT OF ALASKA

May 22, 2026

United States v. Bart Anthony Reyna
Affidavit in Support of Criminal Complaint