MICHAEL J. HEYMAN
United States Attorney

JENNIFER IVERS
MICHELLE DELGADO
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Emails: jennifer.ivers@usdoj.gov
      michelle.delgado@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>BART ANTHONY REYNA,<br><br>      Defendant. | No. 3:26-mj-00388-KFR |

**RESPONSE IN NON-OPPOSITION TO MOTION TO VACATE DETENTION HEARING**

The United States, by and through undersigned counsel, respectfully files this Response in Non-Opposition to defendant Bart Reyna's Motion to Vacate filed at Docket 9.

The United States does not oppose Reyna's request to vacate the detention hearing currently scheduled for May 29, 2026. The United States will file its detention memo if and when Reyna seeks release.

RESPECTFULLY SUBMITTED May 27, 2026 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney


/s Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Jennifer Ivers

U.S. v. Reyna
3:26-mj-00388-KFR

Case 3:26-mj-00388-KFR    Document 10    Filed 05/27/26    Page 2 of 2